# EXHIBIT E



**DEPARTMENT OF THE NAVY**
HEADQUARTERS UNITED STATES MARINE CORPS
3000 MARINE CORPS PENTAGON
WASHINGTON, DC 20350-3000

5720
ARSF-KR
JUL 2 7 2017

**SENT VIA EMAIL TO: MSMITHBERGER@POGO.ORG**
MS AMANDA SMITHBERGER
PROJECT ON GOVERNMENT OVERSIGHT
1100 G STREET NW
SUITE 500
WASHINGTON DC 20005

Dear Ms. Smithberger:

SUBJECT: YOUR FREEDOM OF INFORMATION ACT (FOIA) REQUEST, FILE NUMBER DON-USMC-2017-005805

This is our final response to your April 26, 2017, request for records concerning approvals for retired/Reserve Marines accepting employment with a foreign government. On May 8, 2017, you adjusted your request and asked for only a list of individuals who requested and were approved for employment with a foreign government. Your request was controlled under file number **DON-USMC-2017-005805**.

We initiated a search of the files maintained by the Manpower Management Separation and Retirement Branch (MMSR), which provided a listing of all individuals who requested and were approved for employment with a foreign government. Upon review, we have determined that the documents are releasable and have enclosed a copy with this letter.

You will see that some information has been redacted. Certain data has been withheld pursuant to FOIA exemption (b)(6), which prohibits disclosure of personal information when an individual's privacy interest in it outweighs any public interest.

In view of the above, you may consider this to be an adverse determination that may be appealed to the Judge Advocate General (Code 14), 1322 Patterson Avenue SE, Suite 3000, Washington Navy Yard, DC 20374-5066. Your appeal, if any, must be postmarked within 90 calendar days from the date of this letter and should include a copy of your initial request, a copy of this letter, and a statement indicating why you believe it should be granted. We recommend that your appeal and its envelope both bear the notation "Freedom of Information Act Appeal."

You also have the right to seek assistance and/or dispute resolution services from the Marine Corps FOIA Public Liaison, Ms. Sally Hughes, at hqmcfoia@usmc.mil or (703) 614-4008, and/or the Department of the Navy FOIA Public Liaison, Mr. Christopher Julka, at Christopher.a.julka@navy.mil or (703) 697-0031. You may also contact the Office of Government Information Services for assistance and/or dispute resolution at ogis@nara.gov or 1-877-684-6448. For more information online about services provided by OGIS, please visit their website at https://ogis.archives.gov.

5720
ARSF-KR
JUL 2 7 2017

We categorized you as an "other requester" for the purpose of assessing FOIA processing fees. As such, you are entitled to two hours of search time and 100 pages of duplication free of charge but are responsible for the payment of any fees beyond that. Fees are currently assessed at $24.00 per hour for clerical search and $48.00 per hour for professional search. See 32 C.F.R. § 286 Subpart F. In this instance, the applicable fees did not exceed your free entitlement so there is no charge for processing this request; therefore, your request for a fee waiver is moot.

Questions concerning this action should be directed to Ms. Karen Roth at (703) 614-4008. Please reference the file number in the subject line above. Finally, please note that I am the official responsible for this determination. Should you have questions or concerns, you may contact me at (703) 614-4008.

              Sincerely,

              S. A. Hughes

              S. A. HUGHES
              Head, FOIA/PA Section

Enclosures

2

| Last Name | First Name | Rank | Date Applied | Date Approved | Position |
|---|---|---|---|---|---|
| (b)(6) | | | | | |
| MOORE JR | Thomas L. | MajGen | 28-Jan-09 | 20-Apr-09 | Senior Consultant for Stark Aerospace Business Development in Isreal |
| (b)(6) | | | | | |
| MATTIS | James N. | General | 4-Jun-15 | 6-Aug-15 | Military Advisor, United Arab Emirates |
| (b)(6) | | | | | |
| ACZKOWSKI | Ronald F. | BGen | 19-May-16 | 25-Jul-16 | North American Business Developmenet Director, Singapore Technologies Kinetics (ST Kinetics) |
| KELLY | John F. | General | 24-Jun-16 | 6-Sep-16 | Senior Course Mentor for 2016 Australian Defense Force Joint Taskforce Commanders Course from 5 - 9 December 2016 |
| JONES | James L. | General | 29-Nov-16 | 3-Apr-17 | Independent Security Consultant with Ironhand Security, LLC - pending contract with the Minister of Defense for the Kingdom of Saudi Arabia |
| (b)(6) | | | | | |
| AMOS | James F. | General | 1-Dec-16 | 7-Mar-17 | Board of Directors, VT Systems, Inc. |
| UNARO | Arnold L. | MajGen | 15-Dec-16 | 29-Mar-17 | Independent Security Consultant with Ironhand Security, LLC |