# EXHIBIT H



Mandy Smithberger <msmithberger@pogo.org>

# F-2017-10808
13 messages

**Mandy Smithberger** <msmithberger@pogo.org>  
To: foiastatus@state.gov
Wed, May 31, 2017 at 9:28 AM

Good Morning!

I wanted to check on the status of F-2017-10808. Thank you for your assistance with this request!

Sincerely,  
Mandy

Mandy Smithberger  
Director  
Straus Military Reform Project  
Center for Defense Information  
Project On Government Oversight  
202-347-1122  
msmithberger@pogo.org  
@StrausReform

Public Key - http://pgp.mit.edu/pks/lookup?op=get&search=0x4AD568A2AC2EAEA0

Hot tip: subscribe to the Paper Trail by COI. Get DC's best roundup of oversight news, fresh in your inbox two mornings a week.

**FOIA Status** <FOIAStatus@state.gov>  
To: Mandy Smithberger <msmithberger@pogo.org>
Wed, May 31, 2017 at 9:58 AM

Dear Ms. Smithberger,

This is in reference to your email regarding FOIA case control number F-2017-10808. Department of State electronic records indicate that processing of this case is underway. Each case is different and processing time depends on the complexity of the information requested, the location of the information, and the time it takes to review the records.

The estimated completion date (ECD) for this case is November 30, 2017.

Please note that ECDs are subject to change and are "strictly" estimates. They are not intended to

be used as "actual" dates of completion, due to various extenuating factors, which are beyond the control of the Branch, which may or may not include coordination with other Agencies during the process (referrals, concurrences, etc.). Interim release dates are provided, as applicable.

We hope this information is helpful. If you have further concerns or any questions regarding any FOIA-related matter, please contact the FOIA Requester Service Center (FRSC) at (202) 261-8484, or fax us at (202) 261-8579 or send an e-mail to foiastatus@state.gov.

Sincerely,

U.S. Department of State

FOIA Requester Service Center

(202) 261-8484

foiastatus@state.gov

[Quoted text hidden]

**Official - Transitory**

**UNCLASSIFIED**

---

**Mandy Smithberger** <msmithberger@pogo.org>　　　　　　　　　　　　　Wed, May 31, 2017 at 9:58 AM
To: FOIA Status <FOIAStatus@state.gov>

Thank you for the update, and your quick response!

Mandy Smithberger
Director
Straus Military Reform Project
Center for Defense Information
Project On Government Oversight
202-347-1122
msmithberger@pogo.org
@StrausReform

Public Key - http://pgp.mit.edu/pks/lookup?op=get&search=0x4AD568A2AC2EAEA0
Hot tip: subscribe to the Paper Trail by COI. Get DC's best roundup of oversight news, fresh in your inbox two mornings a week.

[Quoted text hidden]

**FOIA Status** <FOIAStatus@state.gov>  Wed, May 31, 2017 at 10:02 AM
To: Mandy Smithberger <msmithberger@pogo.org>

You are most welcome!

FOIA Requester Service Center

[Quoted text hidden]

**Official - Transitory**

**UNCLASSIFIED**

---

**Mandy Smithberger** <msmithberger@pogo.org>  Thu, Nov 30, 2017 at 9:37 AM
To: FOIA Status <FOIAStatus@state.gov>

Good morning!

I wanted to see if there is a revised estimated completion date on this request. Thank you for your assistance!

Sincerely,
Mandy

Mandy Smithberger
Director
Straus Military Reform Project
Center for Defense Information
Project On Government Oversight
202-347-1122
msmithberger@pogo.org
@StrausReform
Public Key - http://pgp.mit.edu/pks/lookup?op=get&search=0x4AD568A2AC2EAEA0
Hot tip: subscribe to the Paper Trail by COI. Get DC's best roundup of oversight news, fresh in your inbox two mornings a week.

[Quoted text hidden]

---

**FOIA Status** <FOIAStatus@state.gov>  Thu, Nov 30, 2017 at 11:26 AM
To: Mandy Smithberger <msmithberger@pogo.org>

Dear Mandy Smithberger,

Your FOIA request is pending processing.  Please note that the Department processes FOIA and Privacy Act requests on a first-in, first-out basis, and currently has a backlog of approximately 11,600 cases.  As a result, there could be delays in processing your request.

For your information, the Department of State has collection of records on its website and makes monthly postings of records previously released in response to FOIA requests. You may search the Department's website at www.foia.state.gov for records that may be responsive to your request.

If you have any questions, please contact the FOIA Requester Service Center (FRSC) at (202) 261-8484, or fax us at (202) 261-8579 or send an e-mail to foiastatus@state.gov.

Regards,

U.S. Department of State
FOIA Requester Service Center

(202) 261-8484

[Quoted text hidden]

**Official - Transitory**

**UNCLASSIFIED**

---

**Mandy Smithberger** <msmithberger@pogo.org>    Wed, Feb 21, 2018 at 1:52 PM
To: FOIA Status <FOIAStatus@state.gov>

Good afternoon,

I wanted to check on the status of this request. Thank you for your assistance.

Sincerely,
Mandy

Mandy Smithberger
Director
Straus Military Reform Project
Center for Defense Information
Project On Government Oversight
202-347-1122
msmithberger@pogo.org
@StrausReform

Public Key - http://pgp.mit.edu/pks/lookup?op=get&search=0x4AD568A2AC2EAEA0

Hot tip: subscribe to the Paper Trail by COI. Get DC's best roundup of oversight news, fresh in your inbox two mornings a week.

[Quoted text hidden]

---

**FOIA Status** <FOIAStatus@state.gov>      Wed, Feb 21, 2018 at 2:38 PM
To: Mandy Smithberger <msmithberger@pogo.org>

Dear Ms. Smithberger,

This is in reference to your email below regarding FOIA case control number F-2017-10808.

The Office of Information Programs and Services' electronic records system indicates that your request is in process. You will be notified of the Department's search and review effort in response to this request as soon as it becomes available.

The Department currently has a backlog of approximately 10,600 cases. The Department is taking significant steps to improve its responsiveness to the public and has undertaken a Freedom of Information Act (FOIA) surge project to reduce the backlog in the coming months.  In order to further the core FOIA goals of transparency and accountability, the State Department is committing more resources and personnel to clear the backlog of requests, while still maintaining the highest standards of quality.

[Quoted text hidden]

**Official - Transitory**

**UNCLASSIFIED**

---

**Mandy Smithberger** <msmithberger@pogo.org>      Mon, Oct 29, 2018 at 1:34 PM
To: FOIA Status <FOIAStatus@state.gov>

Good afternoon,

I wanted to check on the status of this request.

Thank you for any help or insights you can provide.

Sincerely,
Mandy

Mandy Smithberger
Director
Straus Military Reform Project
Center for Defense Information
Project On Government Oversight
202-347-1122
msmithberger@pogo.org
@StrausReform

Public Key - http://pgp.mit.edu/pks/lookup?op=get&search=0x4AD568A2AC2EAEA0
Hot tip: subscribe to the Paper Trail by COI. Get DC's best roundup of oversight news, fresh in your inbox two mornings a week.

[Quoted text hidden]

---

**FOIA Status** <FOIAStatus@state.gov>    Tue, Oct 30, 2018 at 11:25 AM
To: Mandy Smithberger <msmithberger@pogo.org>

Dear Ms. Smithberger,

This is in reference to your e-mail below regarding the status of your Freedom of Information Act case control number F-2017-10808.

The Office of Information Programs and Services electronic records system indicates that your request continues to be processed. You will be notified of the Department's search and review effort in response to this request as soon as it becomes available.

[Quoted text hidden]

**Official - Transitory**

**UNCLASSIFIED**

---

**Mandy Smithberger** <msmithberger@pogo.org>    Wed, Feb 13, 2019 at 9:17 AM
To: FOIA Status <FOIAStatus@state.gov>

Good morning,

I wanted to check on the status of this request.

Thanks!

~ Mandy


Mandy Smithberger
Director
Straus Military Reform Project
Center for Defense Information
Project On Government Oversight
202-347-1122
msmithberger@pogo.org
@StrausReform
Public Key - http://pgp.mit.edu/pks/lookup?op=get&search=0x4AD568A2AC2EAEA0
Hot tip: subscribe to the Paper Trail by COI. Get DC's best roundup of oversight news, fresh in your inbox two mornings a week.

[Quoted text hidden]

---

**FOIA Status** <FOIAStatus@state.gov>　　　　　　　　　　　　　　　Wed, Mar 6, 2019 at 2:04 PM
To: Mandy Smithberger <msmithberger@pogo.org>

Dear Ms. Smithberger,


This is in reference to your email below concerning your Freedom of Information Act (FOIA) case control number F-2017-10808. Your request is in process. You will be notified of the results of the Department's search and review efforts in response to this request as soon as that information becomes available.


Please note that the Department currently has a backlog of approximately 11,000 cases. As the Department continues to work through its backlog, it is mindful of its accountability to the public. We truly appreciate your continued patience.


If you have further concerns or any questions regarding any FOIA-related matter, please contact the FOIA Requester Service Center (FRSC) at 202-261-8484 or send an e-mail to foiastatus@state.gov.

Sincerely,

U.S. Department of State
FOIA Requester Service Center

[Quoted text hidden]

**Official - Transitory**

**UNCLASSIFIED**

---

**FOIA Status** <FOIAStatus@state.gov>    Fri, Jan 24, 2020 at 10:00 AM
To: Mandy Smithberger <msmithberger@pogo.org>

Ms. Smithberger,

You previously contacted the Department of State's FOIA Requester Service Center and requested an estimated date of completion (EDC) for your request, Case Control Number F-2017-10808.

It has been determined that the EDC for this request is November 12, 2021. EDCs are estimates and are subject to change. Please be advised that the Department takes its FOIA responsibilities seriously and is processing your request as quickly as possible. If your request can be completed prior to the EDC, a response will be sent to you sooner.

If you have any concerns or questions regarding a FOIA-related matter, please contact the FOIA Requester Service Center (FRSC) at 202-261-8484 or send an e-mail to foiastatus@state.gov.

We appreciate your continued patience.

Sincerely,

U.S. Department of State
FOIA Requester Service Center

SBU -PRIVACY OR PII