UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROJECT ON GOVERNMENT OVERSIGHT, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF STATE, <br><br> *Defendant*. | Civil Action No. 20-1421 (APM) |

**JOINT STATUS REPORT**

Pursuant to the Court's July 6, 2020 Order (ECF No. 7), Plaintiff the Project on Government Oversight, Inc. and Defendant the U.S. Department of State ("Department of State"), through undersigned counsel, hereby provide the Court with the following Joint Status Report.

1. This case arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq.* Plaintiff filed a complaint against Defendant on May 28, 2020, alleging that Defendant failed to comply with FOIA. *See* ECF No. 1. Defendant filed an answer responding to Plaintiff's complaint on July 6, 2020. *See* ECF No. 6.

2. The FOIA request at issue seeks "records that are maintained by an agency or for an agency by a government contractor in any format, including an electronic format for any approvals issued by the U.S. Department of State as authorized by 37 USC § 908." ECF No. 1 ¶ 51. The date range applicable to the FOIA request is 2000 to the present. ECF No. 1-11 at 2.

3. Defendant states that the Department of State is in the process of conducting searches for records potentially responsive to Plaintiff's FOIA request. Given the volume of records returned by initial searches, the parties are currently conferring to discuss potential

strategies to narrow the search results.  As searches for documents responsive to Plaintiff's FOIA request are ongoing and Defendant does not yet know the total volume of potentially responsive records, Defendant cannot propose a production schedule at this time.

4. Defendant does not anticipate needing to move for an *Open America* stay in this matter.  The parties are not aware at this time whether dispositive motion briefing will be necessary in this case.  If the parties determine that summary judgment briefing will be necessary, the parties propose to advise the Court of a proposed briefing schedule after the processing of Plaintiff's FOIA request is complete.

5. In light of the above, the parties propose that their next status report be due on or before September 18, 2020, so the parties can report to the Court on the progress being made.  Should issues arise earlier that necessitate the Court's intervention, the parties will file an interim status report at that time.

Dated:  July 20, 2020                             Respectfully submitted,

*/s/ Ross A. Nabatoff*
Ross A. Nabatoff
D.C. Bar # 376665
Law Office of Ross A. Nabatoff
1440 G. Street, N.W.
Washington, D.C. 20005
Telephone: (202)-650-0337
ross@ranlawfirm.com

*Counsel for Plaintiff*

                MICHAEL R. SHERWIN
                Acting United States Attorney

                DANIEL F. VAN HORN
                D.C. Bar # 924092
                Chief, Civil Division

By: */s/ Katherine B. Palmer-Ball*
                KATHERINE B. PALMER-BALL
                D.C. Bar # 1014003
                Assistant United States Attorney
                555 4th Street, N.W.
                Washington, D.C.  20530
                Telephone: (202) 252-2537
                katherine.palmer-ball@usdoj.gov

                *Counsel for Defendant*