UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROJECT ON GOVERNMENT OVERSIGHT, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF STATE, <br><br> *Defendant*. | Civil Action No. 20-1421 (APM) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Blake A. Weiner on behalf of the Defendant in the above-captioned matter, and withdraw the appearance of Assistant United States Attorney Katherine B. Palmer-Ball.

Respectfully submitted,

 /s/ Blake A. Weiner
BLAKE WEINER
VA Bar #94087
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
Phone: (202) 803-1604
Fax: (202) 252-2599

*Counsel for Defendant*