UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROJECT ON GOVERNMENT OVERSIGHT, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF STATE, <br><br> *Defendant*. | Civil Action No. 20-1421 (APM) |

**JOINT STATUS REPORT**

Pursuant to the Court's April 19, 2021 Minute Order, Plaintiff the Project on Government Oversight, Inc. and Defendant the U.S. Department of State (the "Department" or "State"), through undersigned counsel, hereby provide the Court with the following Joint Status Report.

1. This case arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq.* Plaintiff's FOIA request seeks "records that are maintained by an agency or for an agency by a government contractor in any format, including an electronic format for any approvals issued by the U.S. Department of State as authorized by 37 USC § 908." ECF No. 1 ¶ 51; ECF No. 1-11 at 2.

2. State conducted initial searches for records potentially responsive to Plaintiff's FOIA request and, given the volume of records returned by those initial searches, the parties conferred to discuss potential strategies to narrow the search results. As a result of those discussions, the parties mutually agreed that the Department should collect and process records sufficient to capture the rank, intended occupation, foreign government, and final determination information for all of the 37 U.S.C. § 908 requests referred to the Department during the last seven years, in compliance with the Department's document retention policy. State's initial round of

searches based on those narrowed parameters located approximately 500 records potentially responsive to Plaintiff's narrowed request.

3. On November 17, 2020, the Department made a first production and released in part six responsive records. On December 15, 2020, the Department made a second production and released in part five responsive records. On January 15, 2021, the Department made a third production and released in part sixty-five responsive records. On February 16, 2021, the Department made a fourth production and released in part eighteen responsive records. On March 16, 2021, the Department made a fifth production and released in part fifty-six responsive records. On April 20, 2021, the Department made a sixth production and released in part twenty-one responsive records. On May 18, 2021, the Department made a seventh production and released in part eighty-nine responsive records. On June 16, 2021, the Department made an eighth production and released in part twenty-four responsive records. On July 20, 2021, the Department made a ninth production and released in part one responsive record.

4. On July 16, 2021, Plaintiff requested that the Department unredact the names of officials ranked O-6 and higher from past productions, and unredact them in future productions. The Department informed Plaintiff that it will unredact the names of the officials ranked O-7 and higher, and re-produce the revised versions of the documents concerning these officials no later than September 21, 2021, the Department's September production date.

5. The processing of Plaintiff's request remains ongoing, and the Department will continue making productions on the third Tuesday of each month as necessary to satisfy Plaintiff's request.

6. The parties propose to provide the Court with a further joint status report on or before October 18, 2021. Should issues arise earlier that necessitate the Court's intervention, the parties will file an interim status report at that time.

Dated: August 16, 2021                    Respectfully submitted,

*/s/ Ross A. Nabatoff*
Ross A. Nabatoff
D.C. Bar # 376665
Law Office of Ross A. Nabatoff
655 Fifteenth Street, N.W., Suite 800
Washington, D.C. 20005
Telephone: (202)-650-0337
ross@ranlawfirm.com

*Counsel for Plaintiff*

CHANNING D. PHILLIPS
D.C. Bar No. 415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: */s/ Blake A. Weiner*
BLAKE A. WEINER
VA Bar # 94087
Assistant United States Attorney
555 4th Street, N.W., Washington, D.C. 20530
Telephone: (202) 803-1604
blake.weiner@usdoj.gov

*Counsel for Defendant*